UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

BRUCE W. RADOWTIZ, ESQ
636 CHESTNUT STREET
UNION, NEW JERSEY 07083
(908)687-2333

Order Filed on June 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JULIO B. MALDONADO

Case Number:      19-19761 (VFP)

Hearing Date:

Judge:      Vincent F. Papalia

Chapter:      13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 10, 2019**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑   Granted.  The deadline to file schedules is extended to _____June 17, 2019_____.
~~April 24, 2019~~

☐   Denied.

*rev.8/1/15*