UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Julio B. Maldonado

Debtor,

Case No.: 19-19761

Chapter: 13

Judge: Vincent F. Papalia

# ORDER DISMISSING CASE
# FOR FAILURE TO FILE MISSING DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 19, 2019**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of the Court and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.12/1/09*